**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2539**

EDMOND K. MACHIE,

Plaintiff – Appellant,

v.

NANCY DEMME, Commander; PAK, Officer; K. C. HAAK, Officer;
MONTGOMERY COUNTY, MARYLAND,

Defendants – Appellees,

and

J. THOMAS MANGER, Chief, Montgomery County Police,

Defendant.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District
Judge.  (8:09-cv-02196-AW)

Submitted:  March 27, 2014          Decided:  March 31, 2014

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior
Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edmond Machie, Appellant Pro Se. Edward Barry Lattner, COUNTY
ATTORNEY'S OFFICE, Rockville, Maryland; Silvia Carolina Kinch,
OFFICE OF THE COUNTY ATTORNEY, Rockville, Maryland, for

Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edmond Machie appeals the district court's orders dismissing his civil rights complaint in part, granting summary judgment in favor of some defendants, denying his motion to alter or amend the grant of summary judgment, and entering judgment in favor of the remaining defendant following a jury trial. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Machie's informal brief does not fairly challenge the basis for the district court's dispositions or the jury's verdict, Machie has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We deny Machie's motions for counsel and for a transcript at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED